THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 2 5 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-00079-BNB

CARL L. WILSON,

    Applicant,

v.

U.S. MARSHAL SERVICE,

    Respondent.

## ORDER OF DISMISSAL

Applicant, Carl L. Wilson, a Colorado state prisoner, initiated this action by filing a pleading titled "Petition for Writ of Habeas Corpus Ad Prosequendum." On January 20, 2011, Magistrate Judge Boyd N. Boland instructed Mr. Wilson to cure certain deficiencies if he wished to pursue his claims. Magistrate Judge Boland ordered Mr. Wilson to file his claims on a Court-approved form that is used in filing 28 U.S.C. § 2241 actions and either to pay the filing fee in full or to file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Mr. Wilson has failed to cure the deficiencies within the time allowed. Accordingly, it is

ORDERED that the Application is denied and the action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure deficiencies. It is

FURTHER ORDERED that no certificate of appealability shall issue because Mr. Wilson has not made a substantial showing that jurists of reason would find it debatable

whether the procedural ruling is correct and whether the underlying claim has constitutional merit.

DATED at Denver, Colorado, this __25th__ day of __February__, 2011.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00079-BNB

Carl L Wilson
Prisoner No. 146690
Limon Correctional Facility
49030 State Hwy. 71
Limon, CO 80826

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on February 25, 2011.

                                     GREGORY C. LANGHAM, CLERK

                                     By: _____
                                               Deputy Clerk